Felix I. LESSAMBO, Plaintiff–
Appellant,

v.

PRICEWATERHOUSECOOPERS, L.P.;
Suchi Lee; Durga Malampalli; Thomas Moore; Thomas Mullen; Puneet Arora, Defendants–Appellees,

Oscar M.Q. Teunissen; Dimittri Semenov; Thomas Swoboda; Thomas Groenen; Lowell Huth; Elena Richards; Michelle Yen McGrady, Defendants.

No. 10–4464–cv.

United States Court of Appeals,
Second Circuit.

Dec. 21, 2011.

Felix I. Lessambo, pro se, Mount Vernon, NY.

Stephen L. Sheinfeld, William M. Sunkel, Winston & Strawn LLP, New York, NY, for Defendants–Appellees.

PRESENT: DENNIS JACOBS, Chief Judge, PIERRE N. LEVAL, DEBRA ANN LIVINGSTON, Circuit Judges.

### SUMMARY ORDER

Plaintiff–Appellant Felix I. Lessambo, *pro se*, appeals from the September 29, 2010 judgment of the United States District Court for the Southern District of New York (Pauley, *J.*) dismissing the complaint on summary judgment. We assume the parties' familiarity with the underlying facts and the procedural history of the case.

■ This Court lacks jurisdiction to review the District Court's June 2009 decision granting the motion for partial judgment on the pleadings because that decision was not designated in Lessambo's notice of appeal, as required by Rule 3(c)(1)(B) of the Federal Rule of Appellate Procedure. *See Shrader v. CSX Transp., Inc.*, 70 F.3d 255, 256 (2d Cir. 1995) (holding that, when a notice of appeal specified one district court order while failing to reference another, an appeal from the unmentioned order cannot be considered). Therefore, insofar as Lessambo challenges the District Court's June 2009 decision, the appeal is dismissed for lack of subject-matter jurisdiction.

■ As to Lessambo's remaining contentions, we affirm for substantially the same reasons stated in the District Court's thorough opinion.

Finding no merit in Lessambo's remaining arguments, we hereby **AFFIRM** the judgment of the District Court, and **DISMISS** the portion of the appeal for which we lack jurisdiction.